

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2014

No. 04-14-00291-CV

**IN THE INTEREST OF N.S.,** a Child,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 1997-PA-01542
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

The Appellee's Third Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on January 5, 2015. No Further Motions for Extension will be Considered.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2014.

_____
Keith E. Hottle
Clerk of Court